FILED
3/17/2025
AXK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

1:25-cr-00148
Judge Robert W. Gettleman
Magistrate Judge Beth W. Jantz
RANDOM / Cat. 5

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** |
| v. | No. |
| GLADYS IBANEZ-OLEA and AUDEN IRAAM GONZALEZ-MONTANEZ a/k/a "Yoda" | Violations: Title 8, United States Code Sections 1324(a)(1)(A)(i), 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i); Title 18, United States Code, Section 1589(a) |

**COUNT ONE**

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

1. At times material to this indictment:

a. In September 2022, Victim A was a 12-year-old Mexican citizen and national.

b. In November 2022, Victim B was a 38-year-old Mexican citizen and national.

c. In July 2023, Victim C was an 8-year-old Mexican citizen and national.

d. In July 2023, Victim D was a 25-year-old Mexican citizen and national.

e. In July 2023, Victim E was a 2-year-old Mexican citizen and national.

f. In July 2023, Victim F was an 18-year-old Mexican citizen and national.

g. In July 2023, Victim G was a 22-year-old Mexican citizen and national.

h. In July 2023, Victim H was a 15-year-old Mexican citizen and national.

i. Defendant GLADYS IBANEZ-OLEA was a Mexican citizen and national, who resided at Residence A, located in Highland Park, Illinois, in the Northern District of Illinois.

j. Defendant AUDEN IRAAM GONZALEZ-MONTANEZ a/k/a "Yoda" was a Mexican citizen and national, who controlled Residence B, located in Juarez, Mexico.

2. Beginning in or around September 2022, and continuing until on or about February 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA, and
AUDEN IRAAM GONZALEZ-MONTANEZ a/k/a "Yoda,"

defendants herein, conspired to attempt to bring and bring to the United States unauthorized aliens, knowing that said individuals were aliens, at a place other than as designated by the Secretary of Homeland Security, as described below.

3. It was part of the conspiracy that, between about September 2022 and November 2022, GLADYS IBANEZ-OLEA arranged for Victim A and Victim B to

leave their families in Mexico and travel to Juarez, Mexico, so that she could bring each victim into the United States illegally in exchange for payment.

4. It was further part of the conspiracy that, in or around July 2023, GLADYS IBANEZ-OLEA arranged for Victim C, Victim D, Victim E, Victim F, Victim G, and Victim H to leave each's family in Mexico and travel to Juarez, Mexico, so that she could bring each victim into the United States illegally in exchange for payment.

5. It was further part of the conspiracy that GONZALEZ-MONTANEZ controlled Residence B and arranged for each victim to reside at Residence B before each was brought into the United States at a place other than as designated by the Secretary of Homeland Security.

6. It was further part of the conspiracy that IBANEZ-OLEA promised to pay GONZALEZ-MONTANEZ for his part in bringing each victim into the United States.

7. It was further part of the conspiracy that, between about September 2022 and November 2022, at the direction of GONZALEZ-MONTANEZ, individuals known and unknown to the grand jury brought and caused to be brought Victim A, Victim B, and Victim C into the United States at a place other than as designated by the Secretary of Homeland Security.

8. It was further part of the conspiracy that, in around July 2023, at the direction of GONZALEZ-MONTANEZ, individuals known and unknown to the grand jury, brought Victim C, Victim D, Victim E, Victim F, Victim G, and Victim H into

the United States at a place other than as designated by the Secretary of Homeland Security.

9. It was further part of the conspiracy that, after a victim was brought into the United States, IBANEZ-OLEA transported the victim, and caused the victim to be transported, to Residence A, in Highland Park, in the Northern District of Illinois.

10. It was further part of the conspiracy that IBANEZ-OLEA sought to recruit additional unauthorized aliens whom she could bring, and cause to be brought, into the United States in exchange for payment.

11. It was further part of the conspiracy that IBANEZ-OLEA, GONZALEZ-MONTANEZ, and others known and unknown to the Grand Jury, did conceal and hide, and did cause to be concealed and hidden, the purposes of acts done in furtherance of the conspiracy.

12. Between in or around September 2022, and continuing until in or around February 2024, in the Northern District of Illinois, Eastern Division, and elsewhere

GLADYS IBANEZ-OLEA, and
AUDEN IRAAM GONZALEZ-MONTANEZ a/k/a "Yoda,"

defendants herein, did conspire with each other and others known and unknown to the Grand Jury to knowingly bring to the United States an unauthorized alien, namely, Victim A, Victim B, Victim C, Victim D, Victim E, Victim F, Victim G, and Victim H, knowing that each individual was an alien, at a place other than as

designated by the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i);

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

**COUNT TWO**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraphs 1 and 3 through 11 of Count One of this indictment are incorporated here.

2. In or around September 2022, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA and
AUDEN IRAAM GONZALEZ-MONTANEZ a/k/a "Yoda,"

defendants herein, did knowingly bring to the United States an unauthorized alien, namely, Victim A, knowing that said individual was an alien, at a place other than as designated by the Secretary of Homeland Security;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i).

**COUNT THREE**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraphs 1 and 3 through 11 of Count One of this indictment are incorporated here.

2. In or around November 2022, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA and
AUDEN IRAAM GONZALEZ-MONTANEZ a/k/a "Yoda,"

defendants herein, did knowingly bring to the United States an unauthorized alien, namely, Victim B, knowing that said individual was an alien, at a place other than as designated by the Secretary of Homeland Security;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i).

**COUNT FOUR**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraphs 1 and 3 through 11 of Count One of this indictment are incorporated here.

2. In or around July 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA and
AUDEN IRAAM GONZALEZ-MONTANEZ a/k/a "Yoda,"

defendants herein, did knowingly bring to the United States an unauthorized alien, namely, Victim C, knowing that said individual was an alien, at a place other than as designated by the Secretary of Homeland Security;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i).

## COUNT FIVE

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraphs 1 and 3 through 11 of Count One of this indictment are incorporated here.

2. In or around July 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA, and
AUDEN IRAAM GONZALEZ-MONTANEZ a/k/a "Yoda,"

defendants herein, did knowingly bring to the United States an unauthorized alien, namely Victim D, knowing that said individual was an alien, at a place other than as designated by the Secretary of Homeland Security;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i).

**COUNT SIX**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraphs 1 and 3 through 11 of Count One of this indictment are incorporated here.

2. In or around July 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA, and
AUDEN IRAAM GONZALEZ-MONTANEZ a/k/a "Yoda,"

defendants herein, did knowingly bring to the United States an unauthorized alien, namely Victim E, knowing that said individual was an alien, at a place other than as designated by the Secretary of Homeland Security;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i).

**COUNT SEVEN**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraphs 1 and 3 through 11 of Count One of this indictment are incorporated here.

2. In or around July 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA, and
AUDEN IRAAM GONZALEZ-MONTANEZ a/k/a "Yoda,"

defendants herein, did knowingly bring to the United States an unauthorized alien, namely Victim F, knowing that said individual was an alien, at a place other than as designated by the Secretary of Homeland Security;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i).

**COUNT EIGHT**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraphs 1 and 3 through 11 of Count One of this indictment are incorporated here.

2. In or around July 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA, and
AUDEN IRAAM GONZALEZ-MONTANEZ a/k/a "Yoda,"

defendants herein, did knowingly bring to the United States an unauthorized alien, namely Victim G, knowing that said individual was an alien, at a place other than as designated by the Secretary of Homeland Security;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i).

## COUNT NINE

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraphs 1 and 3 through 11 of Count One of this indictment are incorporated here.

2. In or around July 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA, and
AUDEN IRAAM GONZALEZ-MONTANEZ a/k/a "Yoda,"

defendants herein, did knowingly bring to the United States an unauthorized alien, namely Victim H, knowing that said individual was an alien, at a place other than as designated by the Secretary of Homeland Security;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i).

## **COUNT TEN**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraphs 1 and 3 through 11 of Count One of this indictment are incorporated here.

2. Beginning in or around September 2022, and continuing through on or about February 13, 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA,

defendant herein, for the purpose of commercial advantage and private financial gain, concealed, harbored, and shielded from detection Victim A, at Residence A, Highland Park, Illinois, knowing and in reckless disregard of the fact that the alien had come to, entered, or remained in the United States in violation of law;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT ELEVEN

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraphs 1 and 3 through 11 of Count One of this indictment are incorporated here.

2. Beginning in or around November 2022, and continuing through on or about February 13, 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA,

defendant herein, for the purpose of commercial advantage and private financial gain, concealed, harbored and shielded from detection Victim B, at Residence A, Highland Park, Illinois, knowing and in reckless disregard of the fact that the alien had come to, entered, or remained in the United States in violation of law;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT TWELVE

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraphs 1 and 3 through 11 of Count One of this indictment are incorporated here.

2. Beginning in or around July 2023, and continuing through on or about February 13, 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA,

defendant herein, for the purpose of commercial advantage and private financial gain, concealed, harbored and shielded from detection Victim C, at Residence A, Highland Park, Illinois, knowing and in reckless disregard of the fact that the alien had come to, entered, or remained in the United States in violation of law;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT THIRTEEN

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraphs 1 and 3 through 11 of Count One of this indictment are incorporated here.

2. Beginning in or around June 2023, and continuing through on or about February 13, 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA,

defendant herein, for the purpose of commercial advantage and private financial gain, concealed, harbored and shielded from detection Victim D, at Residence A, Highland Park, Illinois, knowing and in reckless disregard of the fact that the alien had come to, entered, or remained in the United States in violation of law;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT FOURTEEN

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraphs 1 and 3 through 11 of Count One of this indictment are incorporated here.

2. Beginning in or around July 2023, and continuing through in or around January 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA,

defendant herein, for the purpose of commercial advantage and private financial gain, concealed, harbored and shielded from detection Victim E, at Residence A, Highland Park, Illinois, knowing and in reckless disregard of the fact that the alien had come to, entered, or remained in the United States in violation of law;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT FIFTEEN

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraphs 1 and 3 through 11 of Count One of this indictment are incorporated here.

2. Beginning in or around July 2023, and continuing through in or around January 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA,

defendant herein, for the purpose of commercial advantage and private financial gain, concealed, harbored and shielded from detection Victim F, at Residence A, Highland Park, Illinois, knowing and in reckless disregard of the fact that the alien had come to, entered, or remained in the United States in violation of law;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

**COUNT SIXTEEN**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraphs 1 and 3 through 11 of Count One of this indictment are incorporated here.

2. Beginning in or around July 2023, and continuing through on or about February 13, 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA,

defendant herein, for the purpose of commercial advantage and private financial gain, concealed, harbored and shielded from detection Victim G, at Residence A, Highland Park, Illinois, knowing and in reckless disregard of the fact that the alien had come to, entered, or remained in the United States in violation of law;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

**COUNT SEVENTEEN**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraphs 1 and 3 through 11 of Count One of this indictment are incorporated here.

2. Beginning in or around July 2023, and continuing through on or about February 13, 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA,

defendant herein, for the purpose of commercial advantage and private financial gain, concealed, harbored and shielded from detection Victim H, at Residence A, Highland Park, Illinois, knowing and in reckless disregard of the fact that the alien had come to, entered, or remained in the United States in violation of law;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT EIGHTEEN

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraph 1 of Count One of this indictment are incorporated here.

2. Beginning in or around September 2022, and continuing through on or about February 13, 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA,

defendant herein, knowingly provided and obtained the labor and services of a person, namely, Victim A, by means of: (a) serious harm and threats of serious harm to Victim A and another person; (b) the abuse and threatened abuse of law and legal process; and (c) a scheme, plan, and pattern intended to cause Victim A to believe that, if Victim A did not perform such labor and services, Victim A and another person would suffer serious harm;

In violation of Title 18, United States Code, Section 1589(a).

**COUNT NINETEEN**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraph 1 of Count One of this indictment are incorporated here.

2. Beginning in or around September 2022, and continuing through on or about February 13, 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA,

defendant herein, knowingly provided and obtained the labor and services of a person, namely, Victim B, by means of: (a) serious harm and threats of serious harm to Victim B and another person; (b) the abuse and threatened abuse of law and legal process; and (c) a scheme, plan, and pattern intended to cause Victim B to believe that, if Victim B did not perform such labor and services, Victim B and another person would suffer serious harm;

In violation of Title 18, United States Code, Section 1589(a).

## COUNT TWENTY

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraph 1 of Count One of this indictment are incorporated here.

2. Beginning in or around September 2022, and continuing through on or about February 13, 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA,

defendant herein, knowingly provided and obtained the labor and services of a person, namely, Victim D, by means of: (a) serious harm and threats of serious harm to Victim D and another person; (b) the abuse and threatened abuse of law and legal process; and (c) a scheme, plan, and pattern intended to cause Victim D to believe that, if Victim D did not perform such labor and services, Victim D and another person would suffer serious harm;

In violation of Title 18, United States Code, Section 1589(a).

**COUNT TWENTY-ONE**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraph 1 of Count One of this indictment are incorporated here.

2. Beginning in or around September 2022, and continuing through in or around January 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA,

defendant herein, knowingly provided and obtained the labor and services of a person, namely, Victim F, by means of: (a) serious harm and threats of serious harm to Victim F and another person; (b) the abuse and threatened abuse of law and legal process; and (c) a scheme, plan, and pattern intended to cause Victim F to believe that, if Victim F did not perform such labor and services, Victim F and another person would suffer serious harm;

In violation of Title 18, United States Code, Section 1589(a).

**COUNT TWENTY-TWO**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraph 1 of Count One of this indictment are incorporated here.

2. Beginning in or around September 2022, and continuing through on or about February 13, 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA,

defendant herein, knowingly provided and obtained the labor and services of a person, namely, Victim G, by means of: (a) serious harm and threats of serious harm to Victim G and another person; (b) the abuse and threatened abuse of law and legal process; and (c) a scheme, plan, and pattern intended to cause Victim G to believe that, if Victim G did not perform such labor and services, Victim G and another person would suffer serious harm;

In violation of Title 18, United States Code, Section 1589(a).

## COUNT TWENTY-THREE

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraph 1 of Count One of this indictment are incorporated here.

2. Beginning in or around September 2022, and continuing through on or about February 13, 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

GLADYS IBANEZ-OLEA,

defendant herein, knowingly provided and obtained the labor and services of a person, namely, Victim H, by means of: (a) serious harm and threats of serious harm to Victim H and another person; (b) the abuse and threatened abuse of law and legal process; and (c) a scheme, plan, and pattern intended to cause Victim H to believe that, if Victim H did not perform such labor and services, Victim H and another person would suffer serious harm;

In violation of Title 18, United States Code, Section 1589(a).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2023 GRAND JURY further alleges:

1. Upon conviction of any offense in violation of Title 8, United States Code, Section 1324(a) as set forth in Counts One through Seventeen of this indictment, defendants shall forfeit to the United States of America (a) any conveyance used or in the commission of the offense, (b) the gross proceeds of the offense; and (c) any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense or used to facilitate, or intended to be used to facilitate the offense, as provided in Title 18, United States Code, Section 982(a)(6)(A), Title 8, United States Code, Section 1324(b)(1) and Title 28, United States Code, Section 2461.

2. Upon conviction of any offense in violation of Title 18, United States Code, 1589(a), as set forth in Counts Eighteen through Twenty-Three of this indictment, defendants shall forfeit to the United States of America (a) the defendant's interest in any property, real or personal, that was involved in, used, or intended to be used to commit or facilitate the commission of the offense, and any property traceable to such property; and (b) any property, real or personal, constituting or derived from any proceeds that defendant obtained, directly or indirectly, from the commission of the offense, and any property traceable to such property as provided in Title 18, United States Code, Section 1594(d) and Title 28, United States Code, Section 2461.

3. The property to be forfeited includes, but is not limited to: a personal money judgment in an amount equal to the proceeds derived from the offenses in

violation of Title 18, United States Code, Section 1589, estimated to be at least $10,000.

4. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided by Title 21, United States Code Section 853(p).

A TRUE BILL:

__________________________
FOREPERSON

____________________________________
ACTING UNITED STATES ATTORNEY